UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE SCHOOL BOARD OF ST.
JOHNS COUNTY, FLORIDA,

  Plaintiff,

v.              Case No. 3:23-cv-864-MMH-LLL

C.L.,

  Defendant.
_____

THE SCHOOL BOARD OF ST.
JOHNS COUNTY, FLORIDA,

  Plaintiff,

v.              Case No. 3:23-cv-1285-MMH-LLL

C.L., by and through C.L.'s Parents,
K.L. and M.L.,

  Defendant.
_____

## JUDGMENT IN A CIVIL CASE

  Pursuant to this Court's Order (Doc. 38) entered on March 21, 2025, as the Court finds that there is no just reason for delay, it is **ORDERED AND ADJUDGED**:

**FINAL JUDGMENT** is hereby **ENTERED** as follows:

1. As to the claims the School Board brings in Case No. 3:24-cv-864-MMH-LLL, those claims (Doc. 1) are **DISMISSED without prejudice**.

2. As to the claims raised in Case No. 3:24-cv-1285-MMH-LLL:

    A. The ALJ's findings in the July Order that the School Board violated the procedural requirements of the IDEA and that C.L. was denied FAPE are **AFFIRMED**.

    B. The ALJ's award of compensatory education in the July Order is **AFFIRMED**.

    C. The ALJ's awards of compensation to C.L. for attorney's fees, fees for Dr. Sisbarro's evaluation, and fees for non-attorney services in the July Order are **VACATED**.

Dated at Jacksonville, Florida, this 21st day of March, 2025.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:
Counsel of Record